UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA KOSTIK,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION NO. 3:14-CV-2466 <br> (Judge Nealon) |
| v. | : <br> : | |
| ARS NATIONAL SERVICES, INC.,<br>    Defendant | : <br> : | |

## ORDER

**AND NOW, THIS 22ND DAY OF JULY, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Defendant's motion for judgment on the pleadings, (Doc. 8), is **DENIED**.

/s/ William J. Nealon
**United States District Judge**