UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA KOSTIK, <br>     Plaintiff <br><br> v. <br><br> ARS NATIONAL SERVICES, INC., <br>     Defendant | : <br> :    CIVIL ACTION NO. 3:14-CV-2466 <br> :    (Judge Nealon) <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW, THIS 5ᵀᴴ DAY OF JANUARY, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Defendant's motion to certify for interlocutory review, (Doc. 13), is **DENIED**.

 

/s/ William J. Nealon
**United States District Judge**